UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**M E M O R A N D U M**

Honorable Morrison C. England, Jr.
Chief United States District Judge
Sacramento, California

                        RE:    HENDERSON, Bobby Lee
                               Docket Number:  2:11CR00080-01
                               **EVIDENCE DISPOSAL MEMORANDUM**

Your Honor,

The purpose of this memorandum is to request the Court approve destruction of the below listed contraband which was seized from the releasee's residence on August 18, 2011. Judicial notice was made in a petition filed on January 10, 2012, and the matter has been disposed.

1)     One physician's statement, dated April 19, 2011, endorsing the releasee's use of marijuana for medical problems.

2)     One plastic container with the word "kryptonite" written on it.

3)     One marijuana leaf, cut from a marijuana grow at the releasee's residence.

                               Respectfully submitted,

                               /s/ R. Walters

                               **R. WALTERS**
                               **Senior United States Probation Officer**

Dated:       May 17, 2013
                Redding, California
                RCW:aph

RE: HENDERSON, Bobby Lee
Docket Number: 2:11CR00080-01
**EVIDENCE DISPOSAL MEMORANDUM**

REVIEWED BY: /s/ Kyriacos M. Simonidis
_____
**KYRIACOS M. SIMONIDIS**
**Supervising United States Probation Officer**

REVIEWED BY: /s/ Terence E. Sherbondy
_____
**TERENCE E. SHERBONDY**
**Deputy Chief United States Probation Officer**

REVIEWED BY: /s/ Christopher Hales
_____
**CHRISTOPHER HALES**
**Assistant United States Attorney**

_____

AGREE: ___X___    DISAGREE: _____

_____     Date: May 22, 2013
**MORRISON C. ENGLAND, JR.**                              DATE
Chief United States District Judge